UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| NAGRAVISION SA<br>          PLAINTIFF/PETITIONER<br>VS.<br><br>ZHUHAI GOTECH INTELLIGENT TECHNOLOGY CO. LTD; et al<br>          DEFENDANT/RESPONDENT | CAUSE #:  4:15-cv-00403<br><br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

**ABC Legal Services, Inc.**
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 30239691

**ORIGINAL
PROOF OF SERVICE**

HAGAN NOLL & BOYLE LLC
820 GESSNER SUITE 940
HOUSTON, TX 77024
713 343 0478 EXT 100

Page 1 of 1

CSO/ADM/SJ/317/2015A

Request for Service of Judicial Documents from
USA (Washington)

Judicial Documents to be served on:

Gotech International Technology Ltd

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AFFIRMATION OF LOK Kwok-chi Terry

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dated this 13th day of October 2015
Bailiff Kowloon Regional Office
2/F, Kwun Tong Law Courts Building,
Hong Kong Special Administrative Region

CSO/ADM/SJ/317/2015A

Request for Service of Judicial Documents from: USA (Washington)

Party for Service: Gotech International Technology Ltd

## AFFIRMATION OF SERVICE

I, LOK Kwok-chi Terry, Bailiff's Assistant of the High Court of Hong Kong, solemnly, sincerely and truly affirm as follows:

1.  I was directed by the Registrar, High Court of Hong Kong to serve the above-named Gotech International Technology Ltd with the following judicial documents:

    i) Request;
    ii) Summary of the document to be served;
    iii) Certificate (unexecuted);
    iv) Summons in a Civil Action (Civil Action No. 4:15-cv-00403);
    v) Plaintiff Nagravision's Amended Complaint (Civil Action No. 4:15-cv-00403).

2.  I did on Monday the 05th day of October 2015 at 13:30 hours call at the address given in the Request for Service, namely, Room 2506, 25F, Prosperity Place, 6 Ching Yip Street, Kwun Tong, Kowloon, Hong Kong, China for effecting the service of the aforesaid judicial documents.

3.  On arrival at Kwun Tong, I found that there was no Ching Yip Street. I then attempted to call at Room 2506, 25/F., Prosperity Place, 6 Shing Yip Street, Kwun Tong, Kowloon, Hong Kong. On arrival, I made enquiries with Miss TANG, a staff member thereat after revealing the purpose of my visit to her. She told me that the responsible person of the above-named Gotech International Technology Ltd was not in. I then left a message requesting the said Gotech International Technology Ltd to contact my office.

4.  In response to the message I left, the responsible person of the Party for Service rang up the Bailiff Kowloon Office for appointment of service. I did again on Tuesday the 13th day of October 2015 at 10:26 hours call at the aforesaid address and serve the above-named Gotech International Technology Ltd with the aforesaid judicial documents by delivering the same to its Director, Miss PANG, who accepted service of the aforesaid judicial documents on behalf of the above-named Gotech International Technology Ltd at Room 2506, 25/F., Prosperity Place, 6 Shing Yip Street, Kwun Tong, Kowloon, Hong Kong. I verily believe that the aforesaid address was the same address as the one stated in paragraph 2 above.

AND LASTLY, I solemnly, sincerely and truly affirm that the contents of this Affirmation are true.

AFFIRMED at                                        )
Bailiff Kowloon Regional Office,                   )
2nd floor, Kwun Tong Law Courts Building,          )
Hong Kong,                                         )
this 13th day of October 2015.

Before me,
( LI CHI MING PATRICK )
Commissioner for Oaths
Judiciary

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
   the (date) _13th October 2015_
   at (place, street, number) _Unit 706, 7/F., Prosperity Place, Shing Yip Street, Kwun Tong, Kowloon, Hong Kong_

   in one of the following methods authorized by article 5:

   ☐ (a) in accordance with the provisions of sub-paragraph (a)
       of the first paragraph of article 5 of the Convention.*

   ☐ (b) in accordance with the following particular method:*
   _____

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
   (identity and description of person)
   _____

   relationship to the addressee family, business, or other
   _____

2) that the document has not been served, by reason of the following facts:*
   _____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:
_____

Done at _____ the _____

Signature and/or stamp

In appropriate cases, documents establishing the service:
_Affirmation of service of Lok Kwok-chi Terry, Bailiff, dated 13 October 2015_

Asst. Bailiff

30 OCT 2015

TRACKING #: 30239691

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate