United States District Court
Southern District of Texas
**ENTERED**
February 01, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NAGRAVISION SA, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:15-CV-403 |
| DOES 1 - 15, *et al*, | § |
| Defendants. | § |

## ORDER

Having considered the plaintiff, Nagravision SA's motion for extension of time to serve and alternative service on defendant Zhuhai Gotech Intelligent Technology Co. Ltd. ("Zhuhai Gotech"), and good cause appearing, the Court GRANTS the motion and ORDERS that:

Nagravision has an additional 90 days, or until May 3, 2016, in order to effectuate service of process on Zhuhai Gotech through the Hague Convention.

If service on Zhuhai Gotech through the Hague Convention is not completed by May 3, 2016, Nagravision may serve Zhuhai Gotech at the email addresses josie.yang@gotechcn.com and stock@gotechcn.com by no later than May 4, 2016.

It is so ORDERED.

SIGNED on this 1st day of February, 2016.

_____
Kenneth M. Hoyt
United States District Judge