United States District Court
Southern District of Texas
**ENTERED**
June 14, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NAGRAVISION SA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-403 |
| § | |
| DOES 1 - 15, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER FOR ENTRY OF DEFAULT

The plaintiff, Nagravision SA, has requested that default be entered against the defendant, Zhuhai Gotech Intelligent Technology Co. Ltd. ("Zhuhai Gotech") (Dkt. No. 25). The record in the above-entitled action indicates that Zhuhai Gotech was served with the Summons, Amended Complaint and Orders for Conference and Disclosure of Interested Parties and that Zhuhai Gotech has failed to properly plead, respond, or otherwise defend this action as directed, and as provided in the Federal Rules of Civil Procedure.

Now, therefore, upon the request of counsel, the Court hereby makes an entry of default against defendant Zhuhai Gotech Intelligent Technology Co. Ltd.

It is so ORDERED.

SIGNED on this 14th day of June, 2016.

_____
Kenneth M. Hoyt
United States District Judge